**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALK, INC., ALTERNATIVE LOAN TRUST 2006-OA6, New York Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, *et al.*, <br><br> Defendants. | 2:17-cv-01918-RFB-VCF <br> **<u>ORDER</u>** |

Before the court is Plaintiff's Ex Parte Motion to Correct Caption (ECF No. 39). Since this motion is filed as ex-parte, Defendants received no notice of the filing of instant motion through CM/ECF. Plaintiff has not provided the court with any reason to grant the relief on an *ex parte* basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure. Here, Plaintiff has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to defendants.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion to Correct Caption (ECF No. 39) will be briefed in the ordinary course.

The Clerk of Court is directed to remove the ex parte status on Plaintiff's Ex Parte Motion (ECF No. 39).

DATED this 25th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE