ZBS LAW, LLP
J. Stephen Dolembo, Esq.
Nevada Bar 9795
9435 W. Russell Road, Suite 120
Las Vegas, Nevada 89148
Tel:    (702) 948-8565 x606
Fax:    (702) 446-9898
sdolembo@zbslaw.com

Attorneys for Plaintiff *The Bank of New York Mellon, FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA6 Mortgage Pass-Through Certificates, Series 2006-OA6*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALK, INC., ALTERNATIVE LOAN TRUST 2006-OA6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA6, New York corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>    Defendant. | CASE NO.: 2:17-cv-01918-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 65]** |

Plaintiff, The Bank of New York Mellon, FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA6 Mortgage Pass-Through Certificates, Series 2006-OA6, (hereinafter "BNYM"), by and through its attorneys of record, J. Stephen Dolembo, Esq. of ZBS LAW, LLP, and Defendant SFR Investments Pool 1, LLC ("SFR") hereby stipulate to extend BNYM's deadline to file an opposition to SFR's Motion for Summary Judgment, filed on March 29, 2021. [ECF No. 65].

Currently, the deadline to file an opposition is April 19, 2021.  Pursuant to this stipulation, BNYM shall file its Opposition to SFR's Motion for Summary Judgment on April 20, 2021.  This is the parties first request for an extension of the deadline, and is not intended to cause any delay or prejudice to any party.

---

COMPLAINT
-1-

**IT IS SO STIPULATED.**

DATED this __19th__ day of April, 2021.

| ZBS LAW, LLP | KIM GILBERT EBRON |
|---|---|
| **/s/J. Stephen Dolembo, Esq.** | **/s/ Diana S. Ebron, Esq.** |
| J. Stephen Dolembo, Esq. | Diana S. Ebron, Esq. |
| Nevada Bar No. 9795 | Nevada Bar No. 10580 |
| 9435 W. Russell Road, Suite 120 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89139 |
| Tel:     (702) 948-8565 | Attorney for Defendant, *SFR Investments Pool 1, LLC* |
| Fax:    (702) 446-9898 | |
| sdolembo@zbslaw.com | |
| Attorneys for Plaintiff | |

**Case No.: 2:17-cv-01918-RFB-VCF**

**ORDER**

Based upon the foregoing Stipulation by and between the parties, and good cause appearing, IT IS SO ORDERED.

Dated this 20th day of April, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

Respectfully submitted:

ZBS LAW, LLP

/s/J. Stephen Dolembo, Esq._____
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795