UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON, FKA The Bank of New York, as Trustee for the Certificateholders of the CWALK, Inc. Alternative Loan Trust 2006-OA6 Mortgage Pass-Through Certificates, Series 2006-OA6,<br><br>Plaintiff,<br><br>v.<br><br>FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01918-RFB-VCF<br><br>**AMENDED ORDER** |

Presently before the Court is the matter of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALK, Inc., Alternative Loan Trust 2006-OA6 Mortgage Pass-Through Certificates, Series 2006-OA6 v. Foothills at Southern Highlands Homeowners Association, et al., case number 2:17-cv-01918-RFB-VCF.

On December 14, 2017, the Court ordered Plaintiff to post a security bond for $500.00. ECF No. 21. On December 21, 2017, ZBS Law, LLP (fka Zieve, Brodnax & Steele, LLP) posted a security bond on behalf of Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALK, Inc., Alternative Loan Trust 2006-OA6 Mortgage Pass-Through Certificates, Series 2006-OA6, receipt number NVLAS054454 for $500.00. ECF No. 22.

On March 27, 2022, the Court entered an order granting Defendant's motion for summary judgment and denying Plaintiff's motion for summary judgment, closing the case. ECF No. 79. As this matter is now concluded, the Court orders that the $500.00 security bond, plus interest be returned to ZBS Law, LLP (fka Zieve, Brodnax & Steele, LLP), the Legal Owner designated in the certificate of cash deposit. ECF No. 22.

IT IS SO ORDERED.

DATED this 26th day of August, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE